## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

LORI CHAVEZ-DEREMER,                )
SECRETARY OF LABOR,                 )
U.S. DEPARTMENT OF LABOR,           )
                                    )   CIVIL ACTION NO. 3:25-CV-861
    Plaintiff,                      )
                                    )   (MEHALCHICK, J.)
    v.                              )
                                    )
                                    )
DEANGELO CONTRACTING                )
SERVICES, LLC, *et al.*,            )
                                    )
                                    )
                                    )
    Defendants.                     )

### ORDER

AND NOW on this 24th, day of June 2025, upon consideration of the Plaintiff's Motion to Strike Defendant PNC Bank, N.A.'s Notice of Removal and any responses thereto, it is hereby ORDERED that the Motion is GRANTED. The Notice of Removal filed by Defendant PNC Bank, N.A. (ECF No. 9) is null and void and is hereby stricken. The Court retains jurisdiction over this action.

BY THE COURT:

*Karoline Mehalchick*

KAROLINE MEHALCHICK
United States District Judge