**U.S. Department of Labor**  Office of the Regional Solicitor
1835 Market Street
Mailstop SOL/22
Philadelphia, PA  19103-2968

Email: herrera.alejandro.a@dol.gov  Facsimile:
Telephone: (215) 861-5136  (215) 861-5162



September 24, 2025

**VIA ECF**

The Honorable Karoline Mehalchick
United States District Court for the Middle District of Pennsylvania
William J. Nealon Federal Bldg. & U.S. Courthouse
235 N. Washington Avenue
Scranton, PA 18503

Re:  Notice of Proposed Consent Judgment
  *Chavez-DeRemer v. DeAngelo Contracting Services, LLC, et al.*
  Civil Action No. 3:25-cv-00861-KM

Your Honor,

I write on behalf of Lori Chavez-DeRemer, the Secretary of Labor, U.S. Department of Labor
(the "Secretary") to notify the Court that the Secretary has reached an agreement with Defendant
DBi Services, LLC to resolve the Secretary's allegations and claims against DBi Services, LLC
in this suit. This change in circumstances may affect the Court's disposition of Defendant PNC
Bank, N.A.'s motion to transfer venue, which is *sub judice*. Dkt. 35.

DBi Services, LLC is subject to involuntary Chapter 7 bankruptcy proceedings in the United
States Bankruptcy Court for Northern District of Texas, Case No. 23-bk-31868. Dkt. 1, ¶ 6.
Counsel for the Chapter 7 Trustee appointed for DBi Services, LLC and the Secretary's counsel
negotiated and reached the agreement reflected in a proposed Consent Judgment and Order,
which is attached to this letter. On September 23, 2025, the Chapter 7 Trustee moved for
Bankruptcy Court approval to execute the Consent Judgment and Order on behalf of DBi
Services, LLC. The other parties in the Chapter 7 Proceedings have until October 14, 2025 to
respond to this motion, but the Secretary anticipates that the Bankruptcy Court will grant the
motion.

As soon as the Chapter 7 Trustee's motion is granted, the Secretary and DBi Services, LLC will
execute the Consent Judgment and Order, and the Secretary will move this Court to enter the
executed Consent Judgment and Order as the final resolution of her allegations and claims
against DBi Services, LLC in this action. The Secretary's allegations and claims against the other
Defendants remain pending.

We appreciate the Court's time and attention in this matter.

Respectfully,

Samantha N. Thomas
Regional Solicitor

By:   */s/ Alejandro A. Herrera*
      Alejandro A. Herrera
      Acting Regional Counsel for ERISA

Attachments: Chapter 7 Trustee Bankruptcy Motion and Proposed Consent Judgment and Order

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing document and attachments has been electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

By:  */s/ Alejandro A. Herrera*
Alejandro A. Herrera
Acting Regional Counsel for ERISA